## MOTION HEARING

Date: 11/20/15

Start: 10:05
Finish: 10:06

Judge: Ivan D. Davis
Reporter: FTR
Deputy Clerk: John Williams

Civil Action Number: 1:15cv1226

CMN.com

vs.

Doe, et al

Appearance of Counsel for (X) Pltf  ( ) Deft
( ) Matter is Uncontested
Motion to/for:

101

Argued &
( ) Granted  ( ) Denied  ( ) Granted in part/Denied in part
(X) Taken Under Advisement  ( ) Continued to

(X) Report and Recommendation to Follow
( ) Order to Follow